UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

David M. Krachmer and Martha
Krachmer

          Debtors.

Chapter 7, Case No. 10-36097

------------------------------

<u>ORDER</u>

     This case came before the court on the motion of U.S. Bank, N. A., pursuant to 11 U.S.C. section 362 on February 2, 2011, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

     IT IS ORDERED:

     The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 520710, said property legally described as follows:

     Commencing at the Northwest corner of Out Lot Fourteen in the Northwest Quarter of the Northeast Quarter of Section 26, Township 103, Range 18, thence South 306.49 feet, thence East 82 1/2 feet thence North 306.45 feet, thence West 82 1/2 feet to the place of beginning, Mower County, Minnesota

     The movant, its successors and assigns, may proceed to foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: February 3, 2011

/e/ Dennis D. O'Brien
Dennis D. O'Brien
US Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/03/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk